AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Middlesex_____ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>10-10501 | DATE FILED<br>3/24/2010 | U.S. DISTRICT COURT<br>Middlesex | |
|---|---|---|---|
| PLAINTIFF<br>Bose Corporation | | DEFENDANT<br>Mark Bahar, et al. | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,060,458 | 2/21/2006 | Bose Corporation |
| 2 | 3,497,786 | 9/9/2008 | Bose Corporation |
| 3 | 3,339,159 | 11/20/2007 | Bose Corporation |
| 4 | 2,539,951 | 2/19/2002 | Bose Corporation |
| 5 | 3,355,350 | 12/18/2007 | Bose Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

ADDENDUM TO REPORT ON THE FILING AND DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

Bose Corporation v. Mark Bahar, et al.

Docket Number – 10-10501

| Patent or Trademark No. | Date | Holder of Patent or Trademark |
| --- | --- | --- |
| 2,096,548 | 9/16/1997 | Bose Corporation |
| 991,271 | 8/20/1974 | Bose Corporation |
| 1,297,699 | 9/25/1984 | Bose Corporation |
| 1,727,482 | 10/27/1992 | Bose Corporation |
| 1,738,278 | 12/8/1992 | Bose Corporation |
| 1,828,700 | 3/29/1994 | Bose Corporation |
| 1,830,727 | 4/12/1994 | Bose Corporation |
| 2,288,004 | 10/19/1999 | Bose Corporation |