IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSE CORPORATION, | ) | Civil Action No. 10-10501-RBC |
| Plaintiff, | ) | |
| vs. | ) | |
| MARK BAHAR, et al. | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

As per the parties' Agreement and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bose Corporation ("Plaintiff"), by and through their undersigned counsel, and Albert Laird ("Laird") do hereby provide notice of the voluntary dismissal of Plaintiff's claims against Laird in the above-entitled action.

Jointly submitted,

_____
Albert Laird
150 Blackstone Street
Woonsocket, RI 02895

Plaintiff,
BOSE CORPORATION,
by its attorneys,

_____
William T. Hogan, III (BBO# 237710)
bill.hogan@nelsonmullins.com
Morgan T. Nickerson (BBO # 667290)
morgan.nickerson@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Boston Place, 40th Floor
Boston, MA 02108
p. (617) 573-4700
f. (617) 573-4710

Dated: January 13 2011

~Doc# 21450.1~